**STATE of Missouri, Respondent,**

v.

**John Joseph CAMILLO, Appellant.**

**No. WD 36355.**

Missouri Court of Appeals, Western District.

July 16, 1985.

William D. Farrar, Kirksville, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from conviction of two counts of arson in the second degree, § 569.050, RSMo 1978, with sentence of ten years on each count.

Judgment affirmed. Rule 30.25(b).

All concur.